

# MEMORANDUM

**To:** Honorable Indira Talwani
U.S. District Judge

**From:** Christopher Moriarty
Senior U.S. Probation Officer

**Re:** MOSELEY, Frances Kenney (Dkt. No:14-10264-01)
**RESTITUTION/FINE/SPECIAL ASSESSMENT ORDER PAYMENT SCHEDULE**

**Date:** May 12, 2015

This memorandum serves as notification of a restitution payment schedule agreed upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

The above-captioned defendant has agreed to pay her court-ordered restitution of $470,188.96, $5,000 Fine, and $200.00 Special Assessment in monthly installments of $900.00 per month. This officer would note that the defendant paid a lump sum of $124,928.36 on April 10, 2015. Our office will continue to monitor Ms. Moseley's compliance with the court-ordered financial obligations and will notify the Court of any necessary changes due to a change in her financial situation.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

/s/ Brian McDonald
Brian Mcdonald, Supervising
U.S. Probation Officer

Payment Schedule Is Approved:

_____
Honorable Indira Talwani
U.S. District Judge

Date 5/13/15